IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BRADLEY | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES DISTRICT COURT, et al. | : | NO. 10-7564 |

O R D E R

AND NOW, this 3 day of January, 2011, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is DENIED pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case CLOSED statistically.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.

mailed
1-4-11
J. Bradley
P.P.

Docket to Stats